UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 18CR2557-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE TRANSFER FROM MCC** |
| LEANDRE BICKHAM, | |
| Defendant. | |

TO: U.S. Marshal:

Good cause appearing**, IT IS HEREBY ORDERED** that defendant Leandre Bickham, 84088-298, be transferred from the Metropolitan Correctional Center to another *local* facility, to enforce a Separation Order and to assist in pretrial preparation.

The reason for the transfer arises from the presence of a testifying co-defendant and witness, also housed at the Metropolitan Correctional Center. This Order is to assure the safety of all defendants and witnesses.

This Court ordered the transfer July 9, 2021 (ECF 176) and most recently on December 3, 2021. (ECF 190).

**IT IS SO ORDERED**.

Dated:  December 7, 2021

Hon. Janis L. Sammartino
United States District Judge