UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEANDRE BICKHAM (1),<br><br>Defendant. | Case No.: 18CR2557-JLS<br><br>**ORDER SETTING STATUS HEARING RE: COUNSEL** |
|---|---|

The Court has received correspondence from Defendant Bickham requesting the appointment of new counsel,

IT IS HEREBY ORDERED that a Status Hearing regarding counsel shall be held on **Friday, March 4, 2022** at **1:30 p.m.**

IT IS SO ORDERED.

Dated: February 24, 2022

Hon. Janis L. Sammartino
United States District Judge

18CR2557-JLS