# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  18CR2557-JLS |
|---|---|
| Plaintiff, v. | **ORDER** |
| LEANDRE BICKHAM, | |
| Defendant. | |

Upon motion of the United States, and agreed to by Defendant, by and through his counsel, it is HEREBY ORDERED:

1. Defendant shall not attempt to contact any witness or victim in this matter, or direct any person to do so on his behalf other than his counsel of record.

2. Defense counsel, or an individual acting at his or her direction, are the only ones authorized to initiate contact with a witness or victim in this case.

3. Defendant shall not possess or be provided any discovery in this matter that includes personal identifying information for any witness or victim, including dates of birth, social security numbers, addresses, phone numbers or similar identifying

information other than a name. The only exception are phone numbers that are reasonably believed to be used as evidence at trial in data that is not associated with any particular name.

4. The United States Marshal Service shall retrieve any discovery currently in Defendant's possession, in either hard copy or electronic format, and return them to attorney Douglas Brown at 619 231-6158.

5. This Order relates to government discovery only and does not include any documents in the defendant's possession protected by attorney client or work product privileges.

IT IS SO ORDERED.

Dated:  March 8, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge